IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

FREDERICK BANKS, #05711-068                                              PETITIONER

VERSUS                                        CIVIL ACTION NO. 5:08cv12-DCB-MTP

CONSTANCE REESE, EDEN WHITE,
CHRISTOPHER CURRY AND
PATRICIA STANSBURY                                                      RESPONDENTS

## **FINAL JUDGMENT**

This cause is before the court, sua sponte, for consideration of dismissal. Pursuant to the memorandum opinion issued this day, it is hereby, ORDERED AND ADJUDGED that this cause filed pursuant to 28 U.S.C. § 2241 be dismissed with prejudice and the conditions of confinement claims are dismissed without prejudice so that the petitioner may pursue those claims in the proper manner.

SO ORDERED AND ADJUDGED, this the ___27th___ day of January, 2009.

                                                         s/ David Bramlette
                                              UNITED STATES DISTRICT JUDGE